Charles Jordan Plantiff v. Securus Technologies 9/26/25
Crazy Horse Law firm, Attn: Legal Department
Center for constitutional rights 5360 Legacy Drive
Austin tx, Freedom of press Plano, tx 75024
Foundation


I have written county court Judge Jason Carothes about this civil matter but no reply.

I have the 1st Amendment right to Associate. I have EU citizenship to own my meta data.

I am requesting my calls from jail phone calls in my Adult life, phone #'s no Audio.

Bastrop county Jail tx 2021-2024, Harris county jail tx 2020-2021, Nashville city jail unknown county TN 2018, Boucove county tx Jail 2017-2018, Bismark city jail unknown county North Dekato 2016-2017, Atlanta city Jail Fulton county Jail i54.

Jail house music to federal court on jail phone from Bastrop county Jail tx, via securus phone 2023-2024. Audio CD requested. 1st Amendment right to speech

Captin Charles Arthur Thomas Jordan esquire

Captin C.A.T. Jordan esquire

Copys sent to Attorney General Pam Bondie, DOJ, 950 Pennsylvania Ave, NW, Washington, DC 20530; Securus Technologies Attn: Legal Department, 5360 Drive, Plano tx 75024; Colorado Attorney General, 1300 Boadway, Denver, CO 80203; Denver Federal court 901 19th street, Denver, CO 80294

# Inmate Balance History Report - Simple

Created: 9/17/2025  3:05:19PM

| Number: | P01085852 | Secondary: | 2414093 | Location: | JCSO 6C 01 |

Name:    JORDAN, CHARLES ARTHUR THOMAS

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| IMPORT DEBT - OLD SYSTEM | 01/30/2019  03:08:54AM | ($77.00) | $0.00 | ($77.00) | $0.00 |
| WRITE-OFF DEBT | 01/23/2024  09:46:51AM | $77.00 | $0.00 | $0.00 | $0.00 |
| BOOKING FEE | 07/20/2024  03:00:28PM | ($30.00) | $0.00 | ($30.00) | $0.00 |
| MEDICAL CHARGE | 06/15/2025  12:32:55AM | ($5.00) | $0.00 | ($35.00) | $0.00 |
| MEDICAL CHARGE | 08/25/2025  12:35:26AM | ($5.00) | $0.00 | ($40.00) | $0.00 |
| **Ending Totals:** | | | **$0.00** | **($40.00)** | **$0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

CHARLES JORDAN #P010 85853
Jefferson County Jail Colorado
200 Jefferson County Parkway
Golden, Co 80401

Clerk of Court
Denver Federal Court
901 19th Street
Denver, Co 80294

**INDIGENT LEGAL MAIL**