IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03052-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may delay the consideration of your claims.**)

CHARLES JORDAN, also known as Charles A.T. Jordan and Charles Arthur Thomas Jordan,

    Plaintiff,

v.

SECURUS TECHNOLOGIES,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Charles Jordan is an inmate at the Jefferson County Detention Facility in Golden, Colorado. On September 29, 2025, Plaintiff filed *pro se* a handwritten complaint seeking relief in this court. (ECF No. 1).[1] Accordingly, this civil action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds that the filing is deficient and that required filings have not been submitted as described in this order. Plaintiff will be directed to cure the following to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

1

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
- **(1)** **X**  **is not submitted**
- (2) ___  is missing affidavit
- (3) ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4) ___  is missing certificate showing current balance in prison account
- (5) ___  is missing required financial information
- (6) ___  is missing authorization to calculate and disburse filing fee payments
- (7) ___  is missing an original signature by the prisoner
- (8) ___  is not on proper form (must use the court's current form)
- (9) ___  names in caption do not match names in caption of complaint, petition or habeas application
- **(10)** **X**  **other: Filing of the § 1915 motion and supporting documents is only necessary if filing fees totaling $405.00 are not paid in advance.**

**Complaint, Petition or Application**:
- (11) ___  is not submitted
- **(12)** **X**  **is not on proper form: Plaintiff must use the current court-approved form Prisoner Complaint.**
- (13) ___  is missing an original signature by the prisoner
- (14) ___  is missing page nos. ___
- (15) ___  uses et al. instead of listing all parties in caption
- (16) ___  names in caption do not match names in text
- (17) ___  addresses must be provided for all parties
- (18) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the court-approved (1) Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and (2) Prisoner Complaint forms (with the assistance of a case manager or the facility's

legal assistant), along with the applicable instructions, available at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 30, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge